United States District Court
Middle District of Florida
Tampa Division

James L. Light, Jr.
(Petitioner)

vs.

G.E.O. Group Halfway House.

Mr. Whitman (Director) (Respondent)
GEO Group Halfway House
5625 E. Broadway Ave.
Tampa Fla. 33619

Civil Division

CASE NO: 8:22 cv 252 KKM-TGW
(Is To Be Supplied By The Court)

## § 2241 (C) 3 Habeas Corpus Petition

Comes Now The Petitioner James L. Light Pro se By way of § 2241 (C) 3 to this Honorable Court Stating that He is Being Held Illegaly And Unconstitutional Here At the Pinellas County Jail By And through the G.E.O. Group Halfway House, Who has No legal Jurisdiction over (or) on The Petitioner. The Petitioner Original Contract By And through the B.O.P. Was Not With the G.E.O. Group Home And therefor The group Home And all it's Allegation(s) Against the Petitioner Are without Jurisdictional Athority to imprison the Petitioner. At This time The Petitioner Invokes: U.S. Const. art. I, § 9, cl. 2; The Privilege of the Writ of Habeas Corpus Shall Not be suspended, unless When in Cases of Rebellion or Invasion the public Safety may require it. Petitioner Also Invokes: U.S. Const. Art. VI, Cl. 2: This Const. Shall Be the Supreme Law of the Land. Last But Not least; Petitioner Invokes: § 2241 (C) 5: It is necessary to bring the body, The Petitioner; in this said Cause before this Honorable Court to testify To the Facts Stated in This Petition.

Page (1 of 3)   Civil Cover sheet Attached

## Relief of Prayer, (or) Prayer for Relief

Petitioner prays That he be made whole in each and every way to which He may show Himself to be Justly etitled. And that He be Immediately Brought Before this Court to discuss The Damage He Has Suffered through-out The duration of this Illegal detention.

## Special Prayer

That Any and All restraints Placed on the Petitioner by and through the G.E.O. Group Halfway House Be deemed Unconstitutional and lifted from the Petitioner's Person. (U.S. Const. Amendment IV) And That the Petitioner's B.O.P. Sentence be Recalculated Correctly under the fairst Step Act of 2018, In which He was Presentence Under. (Please see Resentencing in 2018)... Petitioner Also Demands Treble damages in the monetary compensation no less Than $900 million dollars from The Respondant; for wreckless endangerment of the Petitioner's Life; Well Being and His pursuit of happiness. Wherein He, The Respondent subjected the Petitioner to an Enviroment Where He Became ill Twice And had to be quarantined numerous Time(s) for (Cov.-19) Pain & suffering. Petitioner was Held in Custody Illegally By and through the G.E.O. group Wherein no screening or Precautions were taken to prevent the wreckless Endangerment of the Petitioner's Well Being from the deadly Virus. Petitioner Also Claims Numerous Claims of Special damages.

Page (2 of 3)   Civil Cover sheet Attched.

## Declaration of Truth

I James L. Light Petitioner in this said cause do declare by and under the penalty of Perjury that the statements contained in this said Petition are Facts and truth

Signed this 27th day of Jan. 2022

*James L. Light, Jr.*
James L. Light, Jr.
P.C.J.
14400 49th St. North
Clearwater, Fl. 33762

## Certificate of Service

I James L. Light do declare by the penalty of Perjury that a copy of this Petition has been mailed to the Respondent by certified mail return receipt on 27th day of January 2022 to the following address:

Director, Mr. Whitman
GEO Group Half Way House
5625 E. Broadway Ave.
Tampa, Fl. 33619

Signed this 27th day of Jan. 2022

*James L. Light, Jr.*
James L. Light, Jr.
P.C.J.
14400 49th St. North
Clearwater, Fl. 33762

Page (3 of 3)    Civil Cover Sheet Attached.